```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00016 AWI |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO ADVANCE STATUS |
| v. | ) CONFERENCE; |
| | ) ORDER THEREON |
| ALFREDO COLORADO, | ) Date: October 3, 2011 |
| aka Jose Alfredo Colorado Munoz, | ) Time: 9:00 a.m. |
| | ) Dept: Hon. Anthony W. Ishii |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference for defendant ALFREDO COLORADO, aka Jose Alfredo Colorado Munoz, in the above-referenced action now scheduled for October 24, 2011, at 9:00 a.m. is advanced to **October 3, 2011, at 9:00 a.m.**

The advancement of the sentencing hearing is being requested by the parties to allow the case to proceed with all five defendants appearing on the same date.

The parties agree that the time between the defendant's arraignment on August 26, 2011 and the new status conference date on

**Stipulation to Advance Status Conference;**
**Order Thereon**

October 3, 2011 shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: September 29, 2011        /s/Renee Gardner
                                 RENEE YVONNE GARDNER
                                 Attorney for Defendant
                                 ALFREDO COLORADO, aka
                                 Jose Alfredo Colorado Munoz


Dated: September 29, 2011        BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/Henry Z. Carbajal III
                                 HENRY Z. CARBAJAL III
                                 Assistant U.S. Attorney


   IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).


IT IS SO ORDERED.

Dated:     September 29, 2011              _____
                                           CHIEF UNITED STATES DISTRICT JUDGE