BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
BRIAN W. ENOS
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00016-AWI |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JOSE ALFREDO COLORADO MUNOZ, aka Alfredo Colorado, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jose Alfredo Colorado Munoz aka Alfredo Colorado, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Jose Alfredo Colorado Munoz aka Alfredo Colorado's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately 32,561 DVDs and 168,247 CDs seized from the warehouse at 360 Wooster Ave, San Jose, California on November 23, 2010;

   b. The following items seized from the warehouse at 360 Wooster Ave, San Jose, California on November

23, 2010:
   i. CD and DVD cover artwork,
   ii. Approximately 10,450 blank CD and DVD media,
   iii. Approximately 15,096 CD and DVD cases,
   iv. seal bags and wrappers,
   v. Approximately 5 CD and DVD disc replicators,
   vi. HP Studio Jet 50 printer, serial number MY5A1122C,
   vii. HP Q2288L printer, serial number MY8985R1C7,
   viii. Epson Artisan 840 printer, serial number LJDY191711,
   ix. HP PhotoSmart Plus, serial number CN0F412P4,
   x. Gateway NV78 laptop computer, serial number LXWE802005942023A31601,
   xi. Compaq Presario 85000NX computer, serial number MXK3350V0D,
   xii. "Multi-media computer system" generic computer,
   xiii. Approximately five internal and external hard drives,
   xiv. Two Thumb drives,
   xv. Approximately 142 DVD and CD master disks,
   xvi. One generic, black Computer System,
   xvii. 2-Wire gateway router, serial number 301019093693,
   xviii. One LG portable CD/DVD drive, serial number 009HKAT061664,
   xix. Approximately 12 cases of blank paper, and
   xx. Approximately 5,000 plastic bags.

2. The above-listed assets constitute or are derived from proceeds traceable to a violation of 18 U.S.C. § 371 or a conspiracy to commit such offense.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service and/or Federal Bureau of Investigation in their secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

///
///
///

IT IS SO ORDERED.

Dated:     June 8, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE