1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   BRIAN W. ENOS
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
    United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  1:11-CR-00016-AWI
                                      )
12 |              Plaintiff,           )  PRELIMINARY ORDER OF FORFEITURE
                                      )
13 |       v.                          )
                                      )
14 | ABEL FABELA ZARAGOZA,             )
                                      )
15 |              Defendant.           )
                                      )
16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Abel Fabela Zaragoza, it is

19 hereby ORDERED, ADJUDGED, AND DECREED as follows:

20      1.   Pursuant to 18 U.S.C. § 2323(b)(1), defendant Abel Fabela

21 Zaragoza's interest in the following property shall be condemned and

22 forfeited to the United States of America, to be disposed of

23 according to law:

24           a.   Approximately 546 DVDs and 5,776 CDs seized from
                  the home of Abel Fabela Zaragoza at 830 Brae Ave,
25                Sacramento, CA 95838 on August 23, 2010, and

26           b.   Approximately 12,523 CDs seized from Abel Fabela
                  Zaragoza's rented storage unit at 4161 Pell Dr,
27                Sacramento, CA 95838 on August 23, 2010.

28

2. The above-listed assets constitute any article, the making or trafficking of which is prohibited under 18 U.S.C. § 2318, is any property used, or intended to be used, in any manner or part to commit or facilitate the commission of an offense of 18 U.S.C. § 2318, and/or is property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of a violation of 18 U.S.C. § 2318.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service and/or Federal Bureau of Investigation in their secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30)

days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b)(1), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: _____July 2, 2012_____  _____
CHIEF UNITED STATES DISTRICT JUDGE