JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California 93721
Telephone: (559) 444-0300

Attorney for Defendant
ABEL FABELA ZARAGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00016 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER |
| v. | |
| ABEL FABELA ZARAGOZA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Henry Z. Carbajal III, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Abel Fabela Zaragoza, that **the sentencing hearing in the above-referenced matter now set for August 20, 2012, may be continued to September 24, 2012 at 9:00 A.M.**

This continuance is requested by counsel for Defendant as defense needs time research the applicable sentencing laws and complete its sentencing memorandum. The requested continuance will conserve time and resources for the parties and the court.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.


BENJAMIN B. WAGNER
United States Attorney

DATED: August 16, 2012         By: /s/ HENRY Z. CARBAJAL III
                                   Assistant United States Attorney

DATED: August 16, 2012                By:  /s/ JON K. RENGE
                                           Attorney for Defendant
                                           ABEL FABELA ZARAGOZA

**O R D E R**

IT IS SO ORDERED.

Dated:   August 16, 2012             _____
                                     CHIEF UNITED STATES DISTRICT JUDGE